AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. CR 10-112-1-UNA |
| XIANG LI | ) |
| *Defendant* | ) |

## ARREST WARRANT

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* XIANG LI,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

17:1201(a)(1) & 1204; 18:371 & 2 - CONSPIRACY TO CIRCUMVENT COPYRIGHT PROTECTIONS - ( COUNT I );
18:371 &2 AND 18:2319(a)(1)(B) - CONSPIRACY TO COMMIT COPYRIGHT INFRINGEMENT - ( COUNT II );
18:2319(a)(1)(B) & 2 - CEIMINAL COPYRIGHT INFRINGEMENT - ( COUNT III );
18:2314 & 2 - INTERSTATE TRANSPORTATION OF STOLEN GOODS - ( COUNTS IV - VI );
18:545 & 2 - SMUGGLING OF GOODS INTO THE UNITED STATES - ( COUNTS VII - IX )

Date: 11/23/2010

BY: _____ DEPUTY CLERK
*Issuing officer's signature*

City and state: WILMINGTON, DE 19801

HON. MARY PAT THYNGE, U.S MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-23-2010, and the person was arrested on *(date)* 6-9-2011
at *(city and state)* Saipan.

Date: 6-10-2011

_____
*Arresting officer's signature*

William Daniel SDosey
*Printed name and title*