

# Homeland Security Investigations (HSI)

## CRACK 99 - Operation





# Homeland Security Investigations (HSI)

## CRACK99 – Convicted Co-Conspirators





# Homeland Security Investigations (HSI)

## CRACK 99
## Global Customer Network





# Homeland Security Investigations (HSI)

## Undercover Meeting in Saipan Avoiding 'Problems with Customs'





# Homeland Security Investigations (HSI)

## Instructions on Interacting with U.S. Customs






